**Electronically Filed**
**Supreme Court**
**SCWC-14-0001305**
**03-APR-2018**
**12:07 PM**

SCWC-14-0001305

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ELESTHER CALIPJO,
Petitioner/Plaintiff-Appellee,

vs.

JACK PURDY, REGAL CAPITAL CORPORATION,
REGAL CAPITAL COMPANY, LLC,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001305; CIVIL NO. 04-1-0003)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee Elesther Calipjo's

application for writ of certiorari filed on February 21, 2018, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawai'I, April 3, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

